ev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central

Division



FILED

2019 JUL 24 PM 4: 20

CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____

LACV1906424-JFW-SP

Case No. _____
(to be filled in by the Clerk's Office)

_____

ReDale Benton-Flores

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_____

Santa Barbara Unified School District

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)*      Yes ✓    No



PAID

JUL 2 4 2019

Clerk, US District Court
COURT 4612

## COMPLAINT FOR A CIVIL CASE

U.S. Civil Rights, ADEA

### I.       The Parties to This Complaint

#### A.       The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ReDale Benton-Flores |
| Street Address | P.O. Box 204 |
| City and County | San Dimas    Los Angeles County |
| State and Zip Code | California, 91773 |
| Telephone Number | (909) 451-1681 |
| E-mail Address | redalebenton_flores@hotmail.com |

Page of 6

1Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an                individual, a government agency, an organization, or a corporation.  For an individual defendant,                include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1
    Name     Santa Barbara Unified School District
    Job or Title *(if known)*     Superintendent, Cary Matsuoka + Ann Peak, Director, H.R.
    Street Address     720 Santa Barbara St.
    City and County     Santa Barbara , Santa Barbara County
    State and Zip Code     California, 93101
    Telephone Number     (805) 963-4338
    E-mail Address *(if known)*     Cmatsuoka@sbunified.org    apeak@sbunified.org

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be    heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the  parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties  is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of           another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a           diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Venue 28 U.S.C. § 1391

What is the basis for federal court jurisdiction? *(check all that apply)* a case arising under the United States Constitution or federal Laws 'Fill out the paragraphs in this section that apply to this case.

F    Diversity of citizenship

### (A.)    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that           are at issue in this case.

Federal Jurisdiction 28 U.S.C. § 1331

Civil Rights Violation of 1964 and 1991. Violations Americans with Disabilities Act 42 USC 2000. AGE Discrimination in Employment Act ("ADEA").  Ancestry, National Origin, under Title VII .  Harassment/ hostile Work Environment, Under Title VII. Deprived of DUE PROCESS, under Fifth and Fourteenth Amendment to the U.S. Constitution. Civil Rights Violations includes Employment Discrimination involving Unequal Treatment, retaliation / Reprisal /Whistleblower  Protection Act /s. Reprisal. Violated § 704(a) of Title VII Civil Rights Act of 1964, and 703(a)(1) .

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)I

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a The plaintiff, *(name)* _____, is incorporated

Page of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

under the laws of the State of *(name)* _____

and has its _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

_____

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the    facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was   involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including        the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and            write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached Written Statement of Claim/s,*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal  arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include        the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any      punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking 100,000. dollars in relief. Whereas, Plaintiff 's salary was 70,000. dollars when she left SBUSD, Plaintiff is asking, previous salary, plus and additional 30,000.dollars for pain, suffering and humiliation that I have endured. The wrongs done to me are continuing, due to the fact SBUSD barred me from campuses and I was not allowed to complete/ or continue in the Teacher Induction Program. The punitive or exemplary damages claimed,30,000 and the reason I claim that I am entitled to actual or punitive money damages is because I was Reprised against for Whistleblowing. ·

Plaintiff also seeks attorney's fees when and if she secures an attorney. Plaintiff request a Jury Trial. Plaintiff request that defendants, pay and or repay, the cost of court filings and all court cost/s.

1Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,        and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause        unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a                nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have      evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable        opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the                requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 22, 2019

Signature of Plaintiff

Printed Name of Plaintiff    ReDale Benton-Flores    Pro Se

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

*Statement of Claim*

Defendant/s Violated my rights under Federal Law/s. DISPARATE TREATMENT. I am a member of a protected class(es), Black/Afro-American, female, I have a disability/medical condition,( Civil Rights Violation of 1964 and 1991), and my age is over 40 (ADEA). I became employed with Santa Barbara Unified School District, (SBUSD), on or about October 18, 2017- June 1, 2018 (but my contract was due to end in June 2018), as a special education teacher.

 SBUSD did not provide trainings pertinent to position. Shouting + yelling at Plaintiff "I'm in charge, here." (Hostile Work Environment). (Male paraprofessional and Ms. German, in classroom closet in the dark.).  There is a 'nexus' between the prior protected EEO activity and the subsequent acts of harm. SBUSD knew of my protected classes, age, race /other ( Civil Rights Violation of 1964 + 1991). Acts of harm occurred, named called "NIGGER" , Privacy Rights Act Violation, 1988. I was suspended/placed on administrative leave (DISPARATE TREATMENT), denied access to continued Induction Training, or any access to any SBUSD campuses( DISPARATE TREATMENT),I was replaced by a young white woman, rated lower (April 2018), removed from my position.(DISPARATE TREATMENT). I was STALKED, bullied and reprised against. Teacher allowed to wake-up me at my home, after midnight. I was harmed by being named -called, shouted and yelled at removed from my teaching position, I was subjected to DISPARATE TREATMENT, November 4, 2017 to March 30, 2018. Plaintiff was a WHISTLEBLOWER January 2, 2018 through June 1, 2018.  I was not listened to, my concerns were brushed-aside, (REPRISAL) by Michelle Robertson, preschool coordinator and Ann Peak, Director, H.R. Others who were similarly situated were not so adversely treated or accorded more favorable treatment. (We all reported to the same chain of command, as it related to performance or discipline. They were not disciplined. SBUSD stated reason provided to me (for adverse action/s done to me) or for favoring others similarly situated individuals, (UNEQUAL TREATMENT) , (for favorable actions done to them but not to me), are pretext,(or a cover-up for the underlying discriminatory motive or animus). Defendant/s violated my DUE Process Rights, under Fifth and Fourteenth Amendment to the U.S. Constitution.  (April 1,2018- June 1, 2018.

SBUSD 's stated reasons cannot be true because they did not apply to others similarly situated (Pretext), (2) it did not happen as they claim it did . Incidents happened on regular and pervasive basis- meaning they occurred on incremental and on-going bases, daily, weekly, or monthly in such a way that any reasonable person within my protected class would have felt detrimental given the same or similar circumstances so as to adversely affect my job performance, or daily living, (DISPARATE TREATMENT). The incidents were so 'severe' that any reasonable person within my protected class would be detrimentally affected in work and life given same or similar circumstances. I was also detrimentally affected by the incidents of harassment. I was subjected to intimidation in nature so that I was harassed in terms of disparate treatment , such that I was emailed at home after midnight, (DISPARATE TREATMENT) , when no other were, I was yelled at and greeted with derision everyday, (e.g, not greeted or greeting with

( 1 )

sneer, isolation, whispering in my presence, not talking, other times talking to death, constant monitoring, Michelle Robertson never answering my questions, Feb.10, 11, 12 13, 14th, 2018.). Others were similarly situated were not so adversely treated, (under disparate treatment.). I was reprimanded, a discrete act of disparate treatment. I was treated disparately, and forced to stay home on administrative leave, while all others were allowed to work, (March - June 1, 2018, location, SBUSD.). I was disparately treated and "Gaslighted" by Ann Peak, Director of H.R. SBUSD and Michelle Robertson, Preschool Coordinator, SBUSD, from December 31, 2017- June 1, 2018. Aggressive Tactics and Unwelcomed comments and actions from paraprofessional/s Monica Hortado including actively sabotaging my work, removing and undoing my work, undermining me and actively interfering with a professional observation, (January 2018), November 4, 2017-April 1, 2018, at SBUSD, I was stalked. 'You need to empty your mouth' , was couched in something else. It was racist. Retaliated against for making two complaints, January 2, 2018- June 1, 2018 by Ann Peak, Director of H.R. , SBUSD, Michelle Robertson, and Brian Tanguay, Coordinator, Classified Personnel, SBUSD. I was subjected to slurs and derogatory terms, and assumptions, from co-teacher E. German, November 1, 2017- June 1, 2018, former general elementary teacher, SBUSD. (Secondary, were derogatory comments affected me and Baby Boy Ramirez, my son (National Origin).

(2/