UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REDALE BENTON-FLORES, | ) | Case No. **CV 19-6424-JFW(SP)** |
| Plaintiff, | ) ) | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) ) | |
| SANTA BARBARA UNIFIED SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made and has carefully considered Plaintiff's Request for Reconsideration of Judge Magistrate, Report and Recommendation Due to the Facts That Magistrate Has Stated That Plaintiff's Previous Submissions Were Confusing and Disjointed to Judge. ("Request for Reconsideration"). The Court denies the Plaintiff's Request

for Reconsideration and accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Second Amended Complaint and this action are **DISMISSED without leave to amend and with prejudice**; and (2) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and on counsel for Defendants.

Dated: December 16, 2022

                                    JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE