JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REDALE BENTON-FLORES, | ) | Case No. **CV 19-6424-JFW(SP)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SANTA BARBARA UNIFIED SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 16, 2022

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE